1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Shelley Harvey

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10
   SHELLEY HARVEY,                    )  Case No.: 13-5376 PLA
11                                     )
                Plaintiff,             )  ORDER AWARDING EQUAL
12                                     )  ACCESS TO JUSTICE ACT
          vs.                          )  ATTORNEY FEES AND EXPENSES
13                                     )  PURSUANT TO 28 U.S.C. § 2412(d)
   CAROLYN W. COLVIN, Acting           )
14 Commissioner of Social Security,    )
                                       )
15              Defendant              )
                                       )
16 _____    )

17

18        Based upon the parties' Stipulation for the Award and Payment of Equal

   Access to Justice Act Fees, Costs, and Expenses:
19
          IT IS ORDERED that the Court awards fees and expenses in the amount of
20
   $3,191.32 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of
21
   the Stipulation.
22
   DATE:   October 7, 2014
23
                                       _____
24                                     THE HONORABLE PAUL L. ABRAMS
                                       UNITED STATES MAGISTRATE JUDGE
25

26

                                      -1-

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING

3          /s/ *Lawrence D. Rohlfing*
        _____
4   Lawrence D. Rohlfing
    Attorney for plaintiff Shelley Harvey
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26